# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>      Plaintiff,<br><br>v.<br><br>YNAP CORPORATION,<br><br>      Defendant. | Lead Case No. 2:22-cv-00668-AJS |
| ROBERT JAHODA,<br><br>      Plaintiff,<br><br>v.<br><br>CALIFORNIA PAK, LLC,<br><br>      Defendant. | Member Case No. 2:22-cv-00870-AJS |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, California Pak, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

                                        */s/ R. Bruce Carlson*
                                        R. Bruce Carlson
                                        **CARLSON BROWN**
                                        222 Broad St.
                                        PO Box 242
                                        Sewickley, PA 15143
                                        bcarlson@carlsonbrownlaw.com
                                        (724) 730-1753

                                        *Attorney for Plaintiff*