IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>      Plaintiff,<br><br>v.<br><br>YNAP CORPORATION,<br><br>      Defendant. | Lead Case No. 2:22-cv-00668-AJS |
| ROBERT JAHODA,<br><br>      Plaintiff,<br><br>v.<br><br>SMART-K, LLC,<br><br>      Defendant. | Member Case No. 2:22-cv-00869-AJS |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Smart-K, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days. The parties respectfully request that the Court therefore terminate Smart-K, LLC's obligation to attend the September 22, 2022 Initial Case Management Conference and its requirement to submit the associated pre-conference filings.

                                                      */s/ R. Bruce Carlson*
                                                      R. Bruce Carlson
                                                      **CARLSON BROWN**
                                                      222 Broad St.
                                                      PO Box 242
                                                      Sewickley, PA 15143

bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*

2