IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>YNAP CORPORATION,<br><br>　　　　　Defendant. | Lead Case No. 2:22-cv-00668-AJS |
| ROBERT JAHODA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANINE BING CORPORATION,<br><br>　　　　　Defendant. | Member Case No. 2:22-cv-00757-AJS |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda hereby voluntarily dismisses with prejudice his claims against Defendant Anine Bing Corporation.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ R. Bruce Carlson*
　　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　　Ian M. Brown
　　　　　　　　　　　　　　　　　　**CARLSON BROWN**
　　　　　　　　　　　　　　　　　　222 Broad St.
　　　　　　　　　　　　　　　　　　PO Box 242
　　　　　　　　　　　　　　　　　　Sewickley, PA 15143
　　　　　　　　　　　　　　　　　　bcarlson@carlsonbrownlaw.com
　　　　　　　　　　　　　　　　　　ibrown@carlsonbrownlaw.com
　　　　　　　　　　　　　　　　　　(724) 730-1753

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*