IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHOLA,<br><br>    Plaintiff,<br><br>v.<br><br>YNAP CORPORATION,<br><br>    Defendant. | Lead Case No. 2:22-cv-00668-AJS |
| ROBERT JAHOLA,<br><br>    Plaintiff,<br><br>v.<br><br>SMART-K, LLC,<br><br>    Defendant. | Member Case No. 2:22-cv-00869-AJS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Robert Jahoda and Defendant Smart-K, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 23, 2022                                Respectfully submitted,

*/s/ R. Bruce Carlson*                                */s/ Charles W. Pugh*
R. Bruce Carlson                                      Charles W. Pugh
**CARLSON BROWN**                                     HAHN LOESER & PARKS LLP
222 Broad St.                                         200 Public Square, Suite 2800
PO Box 242                                            Cleveland, Ohio 44114
Sewickley, PA 15143                                   P: (216) 274-2421
bcarlson@carlsonbrownlaw.com                          F: (216) 241-2824
(724) 730-1753                                        cpugh@hahnlaw.com

*Attorney for Plaintiff*                              *Attorney for Defendant*