IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YNAP CORPORATION,<br><br>　　　　Defendant. | Lead Case No. 2:22-cv-00668-AJS |
| ROBERT JAHODA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MILITARY LUGGAGE COMPANY,<br><br>　　　　Defendant. | Member Case No. 2:22-cv-00863-AJS |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Military Luggage Company. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

　　　　　　　　　　　　　　　　　　　　_/s/ R. Bruce Carlson_
　　　　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　　　　**CARLSON BROWN**
　　　　　　　　　　　　　　　　　　　　222 Broad St.
　　　　　　　　　　　　　　　　　　　　PO Box 242
　　　　　　　　　　　　　　　　　　　　Sewickley, PA 15143
　　　　　　　　　　　　　　　　　　　　bcarlson@carlsonbrownlaw.com
　　　　　　　　　　　　　　　　　　　　(724) 730-1753

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*