IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>  Plaintiff,<br><br>v.<br><br>YNAP CORPORATION,<br><br>  Defendant. | Lead Case No. 2:22-cv-00668-AJS |
| RONALD C. KOLESAR,<br><br>  Plaintiff,<br><br>v.<br><br>ASUS COMPUTER INTERNATIONAL,<br><br>  Defendant. | Member Case No. 1:22-cv-00177-AJS |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Ronald C. Kolesar hereby voluntarily dismisses with prejudice his claims against Defendant ASUS Computer International.

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*