**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT JAHODA, <br><br>                    Plaintiff, <br><br>      v. <br><br> YNAP CORPORATION, <br><br>                    Defendant. | Lead Case No. 2:22-cv-00668-AJS |
| ROBERT JAHODA, <br><br>                    Plaintiff, <br><br>      v. <br><br> REVOLVE GROUP, INC., <br><br>                    Defendant. | Member Case No. 2:22-cv-00705-AJS |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Revolve Group, Inc.. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*