IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>  Plaintiff,<br><br>v.<br><br>YNAP CORPORATION,<br><br>  Defendant. | Case No. 2:22-cv-00668-AJS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Jahoda and Defendant YNAP Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: December 5, 2022                              Respectfully submitted,

*/s/ R. Bruce Carlson*                               */s/ Brittany K. Lazzaro*
R. Bruce Carlson                                     Joel H. Rosner
Ian M. Brown                                         Brittany K. Lazzaro
**CARLSON BROWN**                                    TARTER KRINSKY & DROGIN LLP
222 Broad St.                                        1350 Broadway
PO Box 242                                           New York, New York 10018
Sewickley, PA 15143                                  Tel.: (212) 216-8000
bcarlson@carlsonbrownlaw.com                         Email: jrosner@tarterkrinsky.com
(724) 730-1753

                                                     *Attorney for Defendant*

*Attorney for Plaintiff*