IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>        Plaintiff,<br><br>v.<br><br>YNAP CORPORATION,<br><br>        Defendant. | Lead Case No. 2:22-cv-00668-AJS |
| ROBERT JAHODA,<br><br>        Plaintiff,<br><br>v.<br><br>EXO MOUNTAIN GEAR LLC,<br><br>        Defendant. | Member Case No. 2:22-cv-0864-AJS |

**STIPULATION OF DISMISSAL**

Plaintiff Robert Jahoda and Defendant EXO Mountain Gear, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 3, 2023

Respectfully submitted,

*/s/ William H. Stewart, III*
William H. Stewart III
Vuono & Gray, LLC
310 Grant Street
Suite 2310 Grant Building
Pittsburgh, PA 15219

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242

T: (412) 471-1800
wstewart@vuonogray.com

*Counsel for Defendant*

Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

Nicholas A. Colella
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (Facsimile)
NickC@lcllp.com

*Counsel for Plaintiff*