UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YNAP CORPORATION,<br><br>　　　　　Defendant. | Lead Case No. 2:22-cv-00668-AJS |
| ROBERT JAHODA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILSON SPORTING GOODS CO.,<br><br>　　　　　Defendant. | Member Case No. 2:22-cv-00703-AJS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Jahoda and Defendant Wilson Sporting Goods Co., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;
2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

| | |
|---|---|
| Dated: February 8, 2023 | Respectfully submitted, |
| */s/ R. Bruce Carlson* | */s/ Kathleen Wilkinson* |
| R. Bruce Carlson | Kathleen Wilkinson |
| **CARLSON BROWN** | **Wilson Elser Moskowitz Edelman & Dicker LLP** |
| 222 Broad St. | Two Commerce Square, 2001 Market Street, Suite 3100 |
| PO Box 242 | Philadelphia, PA 19103 |
| Sewickley, PA 15143 | 215.627.6900 (Main) |
| bcarlson@carlsonbrownlaw.com | kathleen.wilkinson@wilsonelser.com |
| (724) 730-1753 | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |