UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YNAP CORPORATION,<br><br>　　　　　Defendant. | Lead Case No. 2:22-cv-00668-AJS |
| ROBERT JAHODA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REVOLVE GROUP, INC.,<br><br>　　　　　Defendant. | Member Case No. 2:22-cv-00705-AJS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Jahoda and Defendant Revolve Group, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: April 12, 2023

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143

*/s/ Kathleen Wilkinson*
Kathleen Wilkinson
Wilson Elser Moskowitz Edelman
& Dicker LLP
Two Commerce Square
2001 Market Street, Suite 3100

| | |
|---|---|
| bcarlson@carlsonbrownlaw.com<br>(724) 730-1753<br><br>*Attorney for Plaintiff* | Philadelphia, PA 19103<br>215.627.6900<br>kathleen.wilkinson@wilsonelser.com<br><br>*Attorney for Defendant* |