UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>     Plaintiff,<br><br>v.<br><br>YNAP CORPORATION,<br><br>     Defendant. | Lead Case No. 2:22-cv-00668-AJS |
| ROBERT JAHODA,<br><br>     Plaintiff,<br><br>v.<br><br>THE LIFE IS GOOD COMPANY,<br><br>     Defendant. | Member Case No. 2:22-cv-00670-AJS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Jahoda and Defendant The Life Is Good Company, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;
2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: June 15, 2023

Respectfully submitted,

/s/ R. Bruce Carlson
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143

/s/ Gregory F. Hurley
Gregory F. Hurley
Michael J. Chilleen
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
650 Town Center Dr., 10th Flr.

bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*

Costa Mesa, CA  92626
Tel. (412) 513-5100
ghurley@sheppardmullin.com
mchilleen@sheppardmullin.com

James S. Malloy
Victor Abraham Delnore
DINGESS FOSTER LUCIANA DAVIDSON
& CHLEBOSKI LLP
10 Stanwix St., 3d Flr.
Pittsburgh, PA  15222
Tel. (412) 926-1800
jmalloy@dfllegal.com
adelnore@dfllegal.com

*Attorney for Defendant*